UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SAREEL POINDEXTER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-1189** |
| **STATE OF LOUISIANA** | **SECTION: "S"(3)** |

## REPORT AND RECOMMENDATION

Petitioner, Sareel Poindexter, is a state prisoner incarcerated at the Louisiana State Penitentiary in Angola, Louisiana. In December of 2017, an unsigned federal application seeking habeas corpus relief was filed on his behalf with the United States District Court for the Middle District of Louisiana. Rec. Doc. 1. The matter was subsequently transferred to this Court. Rec. Docs. 2 and 3. Petitioner thereafter filed two motions and a notice with the Court explaining that the application was filed in error and without his authorization and, therefore, he asks that he be allowed to withdraw his application and that this matter be dismissed without prejudice. Rec. Docs. 7, 8, and 9. The undersigned finds that action would be appropriate under these circumstances.

## RECOMMENDATION

**IT IS RECOMMENDED** that petitioner's motions to withdraw his application, Rec. Docs. 7 and 8, be **GRANTED** and that this matter be **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER RECOMMENDED** that petitioner's motion to amend his petition and stay these proceedings, Rec. Doc. 6, be **DENIED AS MOOT**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within fourteen (14) days

after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.  28 U.S.C. § 636(b)(1); Douglass v. United Services Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).[1]

New Orleans, Louisiana, this twenty-second day of February, 2018.

*Daniel E. Knowles, III*
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Douglass referenced the previously applicable ten-day period for the filing of objections.  Effective December 1, 2009, 28 U.S.C. § 636(b)(1) was amended to extend that period to fourteen days.