UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SAREEL POINDEXTER                                     CIVIL ACTION

VERSUS                                                NO. 18-1189

STATE OF LOUISIANA                                    SECTION: "S"(3)

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's motions to withdraw his application, Rec. Docs. 7 and 8, are **GRANTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that petitioner's motion to amend his petition and stay these proceedings, Rec. Doc. 6, is **DENIED AS MOOT**.

New Orleans, Louisiana, this  6th  day of _____March_____, 2018.

_____
**UNITED STATES DISTRICT JUDGE**